IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEGGY KIRKPATRICK, AS SPECIAL ADMINISTRATOR                    PLAINTIFF
OF THE ESTATE OF LILLIE MITCHELL, AND ON
BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF
LILLIE MITCHELL

v.                           CASE NO 4:15CV00762 BSM

CAVALIER HEALTHCARE OF ENGLAND, LLC d/b/a
CAVALIER HEALTHCARE OF ENGLAND, et al.                        DEFENDANTS

## ORDER

Plaintiff Peggy Kirkpatrick's unopposed motion to remand [Doc. No. 11] is granted and the clerk is directed to remand this case to Circuit Court of Lonoke County, Arkansas, immediately.

IT IS SO ORDERED this 19th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE